| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Albert Russo<br>Standing Chapter 13 Trustee<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee<br><br>In re:<br><br>Kristen L Mauro<br><br>Debtor(s) | Case No. 25-10978 / MBK<br><br>Hearing Date: April 23, 2025  10:00 am<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |

**TRUSTEE'S OBJECTION TO DEBTOR(S) CHAPTER 13 PLAN**

Albert Russo, Standing Chapter 13 Trustee, objects to the Debtor(s) Plan for the following reason(s):

**The debtor has failed to supply the Trustee with the following document (s):**
  **A copy of the last filed tax return  - 2024 BY 5/15/2025**

  **A copy of the homeowner's insurance renewal declaration  - with proof of liability coverage**

  **The Plan provides for payment on unsecured claims of less than that which would be distributed upon liquidation under Chapter 7, as prohibited by 11  U.S.C. § 1325(a)(4):**
  **-There is $144,525.43 non-exempt in the house**
  **-There is $2,200 non-exempt in electronics**
  **-There is $300 non-exempt in clothing**
  **TOTAL NON-EXEMPT EQUITY $147,025 (100% PLAN.)**

  **-Need to file Pre-Confirmation Certification with Court**

WHEREFORE, Standing Chapter 13 Trustee, Albert Russo, objects to confirmation of the plan.

    /s/   Albert Russo
Albert Russo
Standing Chapter 13 Trustee
by: David Martin, Staff Attorney